IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NORMAN WICKS, SR., NORMAN WICKS, JR., <br><br> Plaintiffs, <br><br> v. <br><br> ROBA ALO, STATE OF OREGON SERNIOR SERVICES, GRESHAM POLICE DEPT., <br><br> Defendants. | Case No. 3:23-cv-01537-SB <br><br> **ORDER OF DISMISSAL** |

In an Order dated October 30, 2023, U.S. Magistrate Judge Stacie F. Beckerman ordered the plaintiffs either to pay the appropriate filing fee or file an application to proceed *in forma pauperis* on or before November 13, 2023. (ECF No. 4.) Plaintiffs did not pay the filing fee nor apply to proceed *in forma pauperis*.

Accordingly, the Court DISMISSES this action without prejudice.

**IT IS SO ORDERED.**

DATED this __21__ day of November, 2023.

_____
Adrienne Nelson
United States District Judge

PAGE 1 – ORDER OF DISMISSAL